ORDERED.

Dated: February 26, 2016

*Caryl E. Delano*
Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

Robert E. Maxwell,
Janet S. Maxwell,

      Debtor(s).
_____/

Chapter 7
Case No. 9:15-bk-11056-FMD

**ORDER GRANTING MOTION TO SELL PROPERTY
OF THE ESTATE "AS IS, IN ITS PRESENT CONDITION"**

**THIS CASE** came before the Court without a hearing on the Motion to Sell Property of the Estate (Doc. No. 15) (the "**Motion**") filed by the Chapter 7 Trustee, which sought authority to sell the Property to Ryan Longhurst, as trustee of the 18064 Laurel Valley Road Land Trust, at a net sales price of $4,000.00, subject to further competitive bidding, if any. On February 18, 2016, the Trustee conducted a telephonic auction of the Property and L.A. & P. Investors, LLC made the highest bid, agreeing to purchase the Property for a net sales price of $6,500.00. Report of Auction (Doc. No 18).

The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within twenty-one (21) days of service of the paper plus an additional three days for service. No party filed an objection within the time permitted and the Court therefore deems the matter to be unopposed. Accordingly, it is

**ORDERED** as follows:

1.    The Motion shall be, and the same hereby is **GRANTED**.

2.    Trustee shall be, and hereby is, authorized to sell the estate's interest in the following described property (the "**Property**") on the following terms and conditions, with the Trustee paying the stated costs at the closing of the sale:

>Lots 6 and 7, Block 7, San Carlos Golf Course Addition, according to the plat thereof recorded in Plat Book 23, Page 71, Public Records of Lee County, Florida.
>
>Address: 18064 Laurel Valley Rd., Fort Myers, FL 33967.

| Purchaser | Sale Price | Doc. Stamps | Recording Fee | Total Due |
|---|---|---|---|---|
| L.A. & P. Investors, LLC | $ 6,500.00 | $ 1,693.30 | $ 18.50 | $ 8,211.80 |

    4.    The sale of the Property shall be "As, Is, Where Is" pursuant to 11 U.S.C. § 363(b), with no warranties of any kind, subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes.

    3.    The sale of the Property is made in good faith and the Purchaser is a good faith purchaser entitled to the protections of Section 363(m).

    4.    There shall be no stay of this Order pursuant to Rule 62(a), Federal Rules of Civil Procedure, or Rule 6004(h), Federal Rules of Bankruptcy Procedure, and the Trustee is authorized to close on the sale of the above-referenced property upon entry of this Order.

Trustee Luis E. Rivera is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order