**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-11056 | FMD | Judge: | Caryl E. Delano | Trustee Name: | Luis E. Rivera II |
|---|---|---|---|---|---|---|
| Case Name: | Robert E. Maxwell | | | | Date Filed (f) or Converted (c): | 10/31/2015 (f) |
| | Janet S. Maxwell | | | | 341(a) Meeting Date: | 12/09/2015 |
| For Period Ending: | 03/31/2017 | | | | Claims Bar Date: | 03/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 18064 Laurel Valley Road, Fort Myers Fl 33967 Lega | 143,852.00 | 0.00 | | 8,211.80 | FA |
| 2. Wallet | 50.00 | 0.00 | | 0.00 | FA |
| 3. Central Bank Checking Xxxx-2240 | 2,843.59 | 274.87 | | 274.87 | FA |
| 4. Central Bank Savings Xxxx-8929 | 576.00 | 0.00 | | 0.00 | FA |
| 5. Merrill Lynch Investment Account Xxxx-5175 | 0.28 | 0.00 | | 0.00 | FA |
| 6. Apartment Landlord Deposit | 250.00 | 0.00 | | 0.00 | FA |
| 7. 3 Tv Sets, Chair, Computer, Printer, 2 Beds, 2 Dressers, 4 | 825.00 | 0.00 | | 3,187.77 | 345.23 |
| 8. Textbooks On Aging, 8 Framed Pictures, Cds | 80.00 | 0.00 | | 0.00 | FA |
| 9. Used Clothing And Shoes | 250.00 | 0.00 | | 0.00 | FA |
| 10. 2 Wedding Bands And Costume Jewelry | 150.00 | 0.00 | | 10.00 | FA |
| 11. Digital Camera, Golf Clubs, 2 Bikes | 190.00 | 0.00 | | 0.00 | FA |
| 12. Merrill Lynch Ira Xxxx-5116 | 356,941.90 | 0.00 | | 0.00 | FA |
| 13. Merrill Lynch Ira Xxxx-5177 | 5,932.22 | 0.00 | | 0.00 | FA |
| 14. 2007 Isuzu Truck I-290 Ls Vin: 1Ggcs199078703803 Condition: | 6,325.00 | 1,325.00 | | 325.00 | FA |
| 15. Patio Furniture, Lawn Mower; In Storage Unit: Flower Pots, C | 60.00 | 0.00 | | 0.00 | FA |
| 16. 2015 Tax Refund (u) | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $518,325.99 $1,599.87 $12,009.44 $345.23

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case ready for closing. Final payment received 4/17/17. May 1, 2017 (LR)

Recd Notice of Substitution of Counsel; update TCMS data 11/1/2016 - Anne Migliore

Stipulation payments current.  Final payment due April 2017.  Oct. 27, 2016 (LR)

Rev'd Claims.  July 19, 2016 (LR)

Recd Order Granting Motion for Approval for Repurchase of Non-Exempt Assets 5/6/2016.  Filed Proof of Service 5/6/2016 - Anne Migliore

Submitted proposed Order Granting Motion for Approval of Stipulation for Repurchase of Non-Exempt Assets.  May 6, 2016 (RH)

Recd Order Approving Application for Authority to Pay Appraiser (Read and Kelley Estate Services, LLC) 4/26/16.  Filed Proof of Service 4/26/16 - Anne Migliore

Filed Application for Compensation to Read and Kelley Estate Services LLC; submitted proposed Order approving same.  April 25, 2016 (RH)

Filed Motion for Approval of Stipulation for Repurchase and Certificate of Service.  April 11, 2016 (RH)

Correspondence Debtor's Counsel enclosing proposed Stipulation for Repurchase of Non-Exempt Assets. March 29, 2016 (JP)

Drafted and executed Trustee's Deed for 18064 Laurel Valley Rd. Cut check to Clerk for Doc stamps and recording fee; Recorded Trustee's Deed; Forward same to Buyer. March 10, 2016 (JP)

Order Granting Motion to Sell or Lease Property As Is, In Its Present Condition entered 02/29/16; filed Proof of Service.  March 1, 2016 (RH)

Filed Report of Auction and submitted proposed order granting Motion to Sell Property of the Estate "As Is, In Its Present Condition" (18064 Laurel Valley Rd., Ft Myers, Fla.). Feb. 22, 2016 (LR)

Mailed refund of deposit for purchase of 18064 Laurel Valley Rd to Ryan Longhurst. Feb. 19, 2016 (JP)

Filed Motion to Sell Property of the Estate "As Is, In Its Present Condition" (18064 Laurel Valley Rd., Ft Myers, Fla.). Jan. 27, 2016 (JP)

E-mailed homestead to investors. Jan. 14, 2016 (JP)

Mailed 2015 tax intercept letter to IRS. Dec. 31, 2015 (JP)

Order Approving Application to Employ an Appraiser entered 12/21/15; filed Proof of Service.  December 21, 2015 (RH)

Filed Application to Employ Read and Kelley Estate Services, LLC as Appraiser; submitted proposed Order approving same.  December 18, 2015 (RH)

Filed Notice of Assets.  Dec. 9, 2015 (LR)

| | | | |
|---|---|---|---|
| RE PROP # | 7 | -- | MASTER BEDROOM: |

1. Metal bed, mattress and box springs - $150.00
2. Brown and black one drawer night stand with turned legs - $25.00
3. Candlestick lamp - $10.00
4. Black chest - $110.00
5. Television - $60.00
6. Black curio with sliding glass doors and glass protector top and the contents therein - $135.00
8. Cherry finish vanity with glass protector - $100.00

PORCH / LIVING AREA:
2. Wood effect television stand with glass doors and wood drawers - $130.00
3. CD player - $25.00
4. Square wood effect coffee table with drawers and protective top - $100.00
5. Television - $0.00
6. Metal lamp - $10.00
7. Pictures, knick knacks, and decorative items in home - $100.00
8. Credenza, two drawers over four doors - $150.00
9. Mirror - $35.00
10. Server with backsplash and under shelf - $165.00
11. Glass footed curio and contents - $200.00
12. Two damaged leather effect recliners - $50.00
13. Wood end table - $40.00
14. Lamp - $10.00
15. Assorted dishes, pots, pans, utensils, glasses, miscellaneous kitchenware and small appliances - $100.00
16. Bar stools - $100.00
17. Dining table and six chairs with china cabinet - $650.00
18. Rug - $50.00
19. Assorted Waterford crystal, glassware and silver plate flatware - $480.00
20. Victorian effect stone top chest - $200.00

GUEST ROOM:
1. Metal headboard and mattress and box springs - $100.00
2. Corner shelf - $25.00
3. Two lamps - $30.00
4. Black dresser and mirror - $95.00

OFFICE:
1. Two storage cabinets, one drawer over two doors - $150.00
2. Printer - $8.00
3. Three storage units with work space - $250.00
4. Desk/table - $100.00
5. Older computer and monitor - $30.00
6. High back arm chair - $25.00
7. Lamp - $25.00
8. Alvarez guitar - $95.00

| | | | |
|---|---|---|---|
| RE PROP # | 10 | -- | MASTER BEDROOM: |

7.  White free-standing jewerly box and all costume jewelry & wedding bands - $160.00

Initial Projected Date of Final Report (TFR): 11/30/2017     Current Projected Date of Final Report (TFR): 11/30/2017

Trustee Signature:     /s/ Luis E. Rivera II      Date: 05/01/2017

Luis E. Rivera II
1715 Monroe Street
Fort Myers, FL  33901
(239) 344-1104
Trustee.Rivera@henlaw.com

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |   | | |
|---|---|---|---|---|
| Case No: | 15-11056 | Trustee Name: | Luis E. Rivera II | |
| Case Name: | Robert E. Maxwell | Bank Name: | Union Bank | |
| | Janet S. Maxwell | Account Number/CD#: | XXXXXX7808 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX4578 | Blanket Bond (per case limit): | $40,278,000.00 | |
| For Period Ending: | 03/31/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/16 | | Ryan R Longhurst | Deposit towards purchase of 18064 Laurel Valley Rd | 1110-000 | $6,701.60 | | $6,701.60 |
| 02/17/16 | 1 | L.A. & P. Investors LLC | Deposit towards purchase of 18064 Laurel Valley Rd | 1110-000 | $6,197.80 | | $12,899.40 |
| 02/19/16 | 30001 | Ryan R Longhurst<br>4554 Danson Way<br>Delray Beach, FL 33445 | Refund of Deposit for purchase of 18064 Laurel Valley Rd | 8500-002 | | $6,701.60 | $6,197.80 |
| 02/23/16 | 1 | L.A. & P. Investors, LLC | Deposit towards purchase of 18064 Laurel Valley Rd | 1110-000 | $2,014.00 | | $8,211.80 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $8,196.80 |
| 03/10/16 | 30002 | Lee County Clerk of Circuit Courts<br>Attn: Recording Office<br>Second Floor<br>2115 Second Street<br>Fort Myers, FL 33901 | Documentary Stamps and Recording Fee for sale of 18064 Laurel Valley Rd., Fort Myers, Fla.; Per Order (Doc. No. 19) | 2500-000 | | $1,711.80 | $6,485.00 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $6,470.00 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $6,455.00 |
| 04/28/16 | 30003 | Read and Kelley Estate Services, LLC<br>P.O. Box 3111<br>Nort Fort Myers, FL 33918 | Appraisal Fee per Order (Doc. No. 24); Invoice No. 10147 | 3711-000 | | $174.00 | $6,281.00 |
| 05/12/16 | 7 | Robert E. Maxwell<br>15290 BALLAST POINT DRIVE<br>APT 5110<br>FORT MYERS, FL 33908 | Repurchase Non-Exempt Assets | 1129-000 | $345.24 | | $6,626.24 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $6,611.24 |
| 06/15/16 | | Robert E. Maxwell<br>15290 BALLAST POINT DRIVE<br>APT 5110<br>FORT MYERS, FL 33908 | Repurchase Non-Exempt Assets | | $345.24 | | $6,956.48 |

Page Subtotals:  $15,603.88   $8,647.40

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-11056 | Trustee Name: | Luis E. Rivera II |
|---|---|---|---|
| Case Name: | Robert E. Maxwell | Bank Name: | Union Bank |
|  | Janet S. Maxwell | Account Number/CD#: | XXXXXX7808 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX4578 | Blanket Bond (per case limit): | $40,278,000.00 |
| For Period Ending: | 03/31/2017 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction |  | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  |  | Gross Receipts | $345.24 |  |  |  |  |
|  | 3 |  | Central Bank Checking Xxxx-2240 | $274.87 | 1129-000 |  |  |  |
|  | 7 |  | 3 Tv Sets, Chair, Computer, Printer, 2 Beds, 2 Dressers, 4 | $60.37 | 1129-000 |  |  |  |
|  | 10 |  | 2 Wedding Bands And Costume Jewelry | $10.00 | 1129-000 |  |  |  |
| 06/27/16 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) |  | 2600-000 |  | $15.00 | $6,941.48 |
| 07/18/16 | 7 | Robert E. Maxwell<br>15290 BALLAST POINT DRIVE<br>APT 5110<br>FORT MYERS, FL  33908 | Repurchase Non-Exempt Assets |  | 1129-000 | $345.24 |  | $7,286.72 |
| 07/25/16 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) |  | 2600-000 |  | $15.00 | $7,271.72 |
| 08/11/16 | 7 | Robert E. Maxwell<br>15290 BALLAST POINT DRIVE<br>APT 5110<br>FORT MYERS, FL  33908 | Repurchase Non-Exempt Assets |  | 1129-000 | $345.24 |  | $7,616.96 |
| 08/25/16 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) |  | 2600-000 |  | $15.00 | $7,601.96 |
| 09/15/16 | 7 | Robert E. Maxwell<br>15290 BALLAST POINT DRIVE<br>APT 5110<br>FORT MYERS, FL  33908 | Repurchase Non-Exempt Assets |  | 1129-000 | $345.24 |  | $7,947.20 |
| 09/26/16 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) |  | 2600-000 |  | $15.00 | $7,932.20 |
| 10/14/16 |  | Robert E. Maxwell<br>15290 BALLAST POINT DRIVE<br>APT 5110<br>FORT MYERS, FL  33908<br>(239) 691-8815 | Repurchase Non-Exempt Assets |  |  | $345.24 |  | $8,277.44 |

Page Subtotals: $1,380.96   $60.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-11056 | Trustee Name: | Luis E. Rivera II |
| --- | --- | --- | --- |
| Case Name: | Robert E. Maxwell | Bank Name: | Union Bank |
| | Janet S. Maxwell | Account Number/CD#: | XXXXXX7808 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4578 | Blanket Bond (per case limit): | $40,278,000.00 |
| For Period Ending: | 03/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Gross Receipts $345.24 | | | | |
| | 7 | | 3 Tv Sets, Chair, Computer, Printer, 2 Beds, 2 Dressers, 4 $20.24 | 1129-000 | | | |
| | 14 | | 2007 Isuzu Truck I-290 Ls Vin: 1Ggcs199078703803 Condition: $325.00 | 1129-000 | | | |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $8,262.44 |
| 11/16/16 | 7 | Robert E. Maxwell 15290 BALLAST POINT DRIVE APT 5110 FORT MYERS, FL 33908 (239) 691-8815 | Repurchase Non-Exempt Assets | 1129-000 | $345.24 | | $8,607.68 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $8,592.68 |
| 12/14/16 | 7 | Robert E. Maxwell 15290 BALLAST POINT DRIVE APT 5110 FORT MYERS, FL 33908 (239) 691-8815 | Repurchase Non-Exempt Assets | 1129-000 | $345.24 | | $8,937.92 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $8,922.92 |
| 01/17/17 | 7 | Robert E. Maxwell 15290 BALLAST POINT DRIVE APT 5110 FORT MYERS, FL 33908 (239) 691-8815 | Repurchase Non-Exempt Assets | 1129-000 | $345.24 | | $9,268.16 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,253.16 |
| 02/16/17 | 7 | Robert E. Maxwell 15290 BALLAST POINT DRIVE APT 5110 FORT MYERS, FL 33908 (239) 691-8815 | Repurchase Non-Exempt Assets | 1129-000 | $345.24 | | $9,598.40 |
| | | | Page Subtotals: | | $1,380.96 | $60.00 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-11056 | Trustee Name: | Luis E. Rivera II |
| --- | --- | --- | --- |
| Case Name: | Robert E. Maxwell | Bank Name: | Union Bank |
| | Janet S. Maxwell | Account Number/CD#: | XXXXXX7808 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4578 | Blanket Bond (per case limit): | $40,278,000.00 |
| For Period Ending: | 03/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,583.40 |
| 03/17/17 | 7 | Robert E. Maxwell<br>15290 BALLAST POINT DRIVE<br>APT 5110<br>FORT MYERS, FL  33908 | Repurchase Non-Exempt Assets | 1129-000 | $345.24 | | $9,928.64 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,913.64 |

|  |  |  |
| --- | ---: | ---: |
| COLUMN TOTALS | $18,711.04 | $8,797.40 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $18,711.04 | $8,797.40 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18,711.04 | $8,797.40 |

|  |  |  |
| --- | ---: | ---: |
| Page Subtotals: | $345.24 | $30.00 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7808 - Checking | $18,711.04 | $8,797.40 | $9,913.64 |
|  | $18,711.04 | $8,797.40 | $9,913.64 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $18,711.04 |
| Total Gross Receipts: | $18,711.04 |

Trustee Signature:    /s/ Luis E. Rivera II    Date: 05/01/2017

Luis E. Rivera II
1715 Monroe Street
Fort Myers, FL  33901
(239) 344-1104
Trustee.Rivera@henlaw.com

Page Subtotals:    $0.00    $0.00