UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

                                           Chapter 7
Robert E. Maxwell,                      Case No.  9:15-bk-11056-FMD
Janet S. Maxwell,

       Debtor(s).
_____/

## TRUSTEE'S REPORT OF SALE

     COMES NOW, LUIS E. RIVERA, Trustee in Bankruptcy of the above case, and states that he sold the following property:

| Description of Property | Name of Buyer(s) | Sale Amount |
|---|---|---|
| 18064 Laurel Valley Rd.<br>Fort Myers, FL 33967 | L.A. & P. Investors, LLC | $6,500.00 |
|  |  |  |
|  |  |  |

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on June 21, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that the foregoing was provided electronically or by U.S. Mail to:  Robert E. Maxwell, Janet S. Maxwell, 15290 BALLAST POINT DRIVE, APT 5110, FORT MYERS, FL 33908; Jose E. Lopez, LawyersASAP, LLP, 150 N. Orange Avenue, Suite 303, Orlando, FL 32801; and United States Trustee, 501 East Polk St., Suite 1200, Tampa, FL 33602.

                                          /s/ Luis E. Rivera II
                                         Luis E. Rivera II, Trustee
                                         Florida Bar No. 0013913
                                         Post Office Box 280
                                         Fort Myers, Florida 33902-0280
                                         239. 344.1323
                                         239.344.1533 facsimile
                                         luis.rivera@henlaw.com