UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

                               Chapter 7

Robert E. Maxwell,                     Case No.  9:15-bk-11056-FMD
Janet S. Maxwell,

            Debtor(s).

_____/

## TRUSTEE'S REPORT OF SALE

      COMES NOW, LUIS E. RIVERA, Trustee in Bankruptcy of the above case, and states that he sold the following property to Debtor(s), Robert E. Maxwell and Janet S. Maxwell, pursuant to the *Order Granting Motion for Approval of Stipulation for Repurchase of Non-Exempt Assets (Doc. No. 27)*:

| Asset No. | Description of Property | Sale Amount |
|---|---|---|
| 3 | Central Bank Checking Acct. ending in #2240 | $    274.87 |
| 7 | Household Goods & Furnishings | $ 3,533.01 |
| 10 | Furs and Jewelry | $      10.00 |
| 14 | 2007 Isuzu Truck I-290 | $    325.00 |
| **TOTAL** | | **$  4,142.88** |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 21, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that the foregoing was provided electronically or by U.S. Mail to:  Robert E. Maxwell, Janet S. Maxwell, 15290 BALLAST POINT DRIVE, APT 5110, FORT MYERS, FL 33908; Jose E. Lopez, LawyersASAP, LLP, 150 N. Orange Avenue, Suite 303, Orlando, FL 32801; and United States Trustee, 501 East Polk St., Suite 1200, Tampa, FL 33602.

                 /s/ Luis E. Rivera II
                 Luis E. Rivera II, Trustee
                 Florida Bar No. 0013913
                 Post Office Box 280
                 Fort Myers, Florida 33902-0280
                 239. 344.1323
                 239.344.1533 facsimile
                 luis.rivera@henlaw.com